| | |
|---|---|
| CARE ONE, LLC, *et al.*<br><br>Plaintiffs,<br><br>- vs –<br><br>ELIZABETH STRAUS, *et al.*<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil No. 25-12743-JKS-MAH<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that Defendant Androsky Lugo will move before the United States District Court for the District of New Jersey, at a date and time to be set by the Court, for entry of an Order sealing Plaintiffs' Complaint, First Amended Complaint, and Defendants' Motion to Dismiss, under Local Rule 5.3. In support of this motion, Defendant will rely upon the affirmation of counsel and proposed findings of fact and conclusions of law filed with this Notice of Motion.

Respectfully yours,

Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendant Androsky Lugo*

Dated: February 20, 2026