| | |
|---|---|
| CARE ONE, LLC, *et al.*<br><br>Plaintiffs,<br><br>- vs –<br><br>ELIZABETH STRAUS, *et al.*<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil No. 25-12743-JKS-MAH<br><br>**AFFIRMATION OF COUNSEL** |

I, MARK A. BERMAN, ESQ., counsel of record for Defendant Androsky Lugo, affirms as follows in support of Defendant's Motion to Seal, based on personal knowledge:

1) On February 20, 2026, in response (and without filing an opposition) to Defendant's motion to dismiss, Plaintiffs filed a Notice of Voluntary Dismissal of the First Amended Complaint in the captioned matter.

2) Plaintiff's original Complaint and First Amended Complaint included salacious and scandalous allegations of a sexual nature and of a multimillion fraud.

3) Those allegations were included in Plaintiffs' pleading for the sole purpose of causing embarrassment and reputational harm to Defendants.

4) There is no legitimate public interest in such scandalous allegations remaining part of the public record now that Plaintiffs have voluntarily dismissed this action.

5) There is a strong private reputational interest in sealing the allegations, which will remain unadjudicated due to Plaintiffs' voluntary dismissal of this Action.

6) Failing to seal the pleadings in this case, and motion to dismiss the pleadings, will cause serious reputational injury to Defendants.

7) No less restrictive alternative exists because it is the public availability of the allegations which gives rise to the serious injury sealing will remedy.

8) No party is known to be objecting to the sealing request.

For these reasons, the Court should seal the docket entries listed in the Index filed with this motion.

Respectfully yours,

Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendant Androsky Lugo*

Dated: February 20, 2026