| | |
|---|---|
| CARE ONE, LLC, *et al.*<br><br>Plaintiffs,<br><br>- vs –<br><br>ELIZABETH STRAUS, *et al.*<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil No. 25-12743-JKS-MAH<br><br>**INDEX** |

ITEMS REQUESTED TO BE SEALED

1) Docket Entry 1: Complaint

2) Docket Entry 19: Amended Complaint

3) Docket Entry 24: Motion to Dismiss by Andrusky Lugo

4) Docket Entry 25: Motion to Dismiss by Elizabeth Straus